```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 02994
   ADRIENNE A GREEN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-1470

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 03/23/2006 and was confirmed 06/22/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 08/24/2007.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
 LITTON LOAN SERVICING   CURRENT MORTG          .00              .00             .00
 LITTON LOAN SERVICING   MORTGAGE ARRE          .00              .00             .00
 CODILIS & ASSOCIATES ^  NOTICE ONLY     NOT FILED              .00             .00
 PREMIER BANCARD CHARTER UNSECURED           471.08             .00          182.34
 US DEPT OF EDUCATION    UNSECURED          7498.34             .00         3070.32
 GLEASON & MACMASTER     DEBTOR ATTY       2,489.00                        2,489.00
 TOM VAUGHN              TRUSTEE                                             277.89
 DEBTOR REFUND           REFUND                                              395.34

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS               DISBURSEMENTS
-------------------------------------------------------------------------------
 TRUSTEE                6,414.89

 PRIORITY                                            .00
 SECURED                                             .00
 UNSECURED                                      3,252.66
 ADMINISTRATIVE                                 2,489.00
 TRUSTEE COMPENSATION                             277.89
 DEBTOR REFUND                                    395.34
                        --------------         --------------
 TOTALS                 6,414.89                6,414.89




                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 02994 ADRIENNE A GREEN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE